No. 23-40336

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————————

UNITED STATES OF AMERICA,
                              Plaintiff-Appellee,

v.

JOSE PAZ MEDINA-CANTU,
                              Defendant-Appellant.

—————————————

## GOVERNMENT'S UNOPPOSED MOTION FOR A FOURTEEN-DAY EXTENSION

The United States of America ("Government") requests a fourteen-day extension to file its supplemental letter brief regarding the Supreme Court's decision in *United States v. Rahimi*, No. 22-915, 602 U.S. ___, 2024 WL 3074728 (June 21, 2024). As explained below, an extension is needed due to Hurricane Beryl, the undersigned AUSA's travel for her mother-in-law's funeral, and the undersigned AUSA's medical issues due to an accident on the trip. The hurricane and travel also explain why the undersigned AUSA could not file a motion earlier with this Court.

Assistant Federal Public Defender Scott Martin, on behalf of Kathryn Shepard and the Federal Public Defender's office, do not oppose

1

this motion.

## PROCEDURAL HISTORY

Defendant-Appellant Jose Paz Medina-Cantu was indicted on two counts and pleaded guilty to (1) knowingly possessing, in and affecting foreign and/or interstate commerce, a firearm and ammunition knowing that he was an illegal alien and unlawfully in the United States, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2), and (2) illegally reentering the United States, in violation of 18 U.S.C. § 1326(a), (b). Medina-Cantu moved to dismiss count one arguing that 18 U.S.C. § 922(g)(5)(A) violates the Second Amendment based on the Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen,* 597 U.S. 1 (2022). The district court denied Medina-Cantu's motion.

On appeal, he again argues that 18 U.S.C. § 922(g)(5)(A), which prohibits an illegal alien from possessing a firearm or ammunition, violates the Second Amendment after the Supreme Court's decision in *Bruen*. Medina-Cantu acknowledges that his second issue is foreclosed, which contends that 18 U.S.C. § 922(g)(5)(A) exceeds Congress's power under the Commerce Clause as applied to him because it allowed a conviction based upon proof that the firearm and ammunition were

manufactured in another state and without regard to any involvement by him in the transportation or economic activity associated with their purchase or sale.

After briefing was completed, this Court tentatively calendared the case for oral argument during the week of April 1, 2024, but subsequently removed it from the calendar.

On July 3, 2024, this Court directed the parties to file supplemental letter briefs "addressing the impact of *United States v. Rahimi*, 602 U.S. ___, 2024 WL 3074728 (2024)" by July 17, 2024.

## REASONS FOR AN EXTENSION

When this Court issued its directive, the undersigned AUSA was on vacation. After she returned, Hurricane Beryl struck Houston, Texas, on July 8, 2024. The undersigned AUSA did not have electricity for two days. She also rarely had access to the internet or the ability to use her cell phone. The undersigned AUSA obviously was unable to work.

On July 10, 2024, she left town for her mother-in-law's funeral and did not return until Sunday, July 14, 2024. While she was away, she had an accident and suffered a broken foot and knee injuries. The undersigned AUSA had a medical appointment today and has other

medical appointments on July 18 and July 30 to address these injuries.

The reason the undersigned AUSA is requesting a fourteen-day extension is because she is supposed to be out of town for work from June 21-26, 2024. Even if she is unable to travel, she will be required to handle those same duties remotely. For these reasons, an extension is necessary.

## CONCLUSION

Because the undersigned AUSA needs additional time to prepare and file a supplemental letter brief that will assist this Court, the Government requests a fourteen-day extension.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

CARMEN CASTILLO MITCHELL
Chief, Appellate Division

*s/ Eileen K. Wilson*
EILEEN K. WILSON
Assistant United States Attorney

United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9102 (Telephone)
(713) 718-3302 (Fax)

## **CERTIFICATE OF CONFERENCE**

On July 16, 2024, Assistant Federal Public Defender Scott Martin represented on behalf of Kathryn Shepard, his office, and Mr. Medina-Cantu that he does not oppose the Government's motion.

*s/ Eileen K. Wilson*
EILEEN K. WILSON

## **CERTIFICATE OF COMPLIANCE**

1.  This document complies with the type-volume limitation of FED. R. APP. P. 27(d)(2) because it contains 573 words, excluding any part exempted by FED. R. APP. P. 27(a)(2)(B).

2.  This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3.  This document complies with the privacy redaction requirement of 5TH CIR. R. 25.2.13 because it has been redacted of any personal data identifiers.

4.  This document complies with the electronic submission of 5TH CIR. R. 25.2.1, because it is an exact copy of the paper document.

5.  This document is free of viruses because it has been scanned for viruses with the most recent version of McAfee.

*s/ Eileen K. Wilson*
EILEEN K. WILSON

## **CERTIFICATE OF SERVICE**

I certify that, on July 16, 2024, an electronic copy of the Government's brief was served, by notice of electronic filing, via this Court's ecf system, upon opposing counsel.

*s/ Eileen K. Wilson*
EILEEN K. WILSON